UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| TETYANA MCILVAINE and ) | |
| MICHAEL MCILVAINE, ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | NO. 2:12-cv-111-DBH |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| DEFENDANT ) | |

**REPORT OF PRE-FILING CONFERENCE UNDER RULE 56**

A pre-filing conference was held on November 28, 2012.

The defendant Ford Motor Company plans to file a motion for summary judgment on the plaintiffs' two-count complaint—Tetyana McIlvaine's claim under 14 M.R.S.A. § 221 for the sale of a defective or unreasonable dangerous product and Michael McIlvaine's claim for loss of consortium.  The parties indicated that there was agreement on many of the facts of the accident, but that they disagree on what those facts establish.  The parties also agree on the content of the available vehicle maintenance records.  At the conference the parties could not settle on the choice of law applicable to this case, but they agreed to resolve the choice of law issue before filing the summary judgment briefs.

The following deadlines were established by agreement:

November 30, 2012, to notify the court on choice of law.

December 21, 2012, the defendant's undisputed facts.

January 4, 2013, the plaintiffs' responsive facts.

January 18, 2013, the defendant's motion for summary judgment.

February 1, 2013, responses are due.

February 8, 2013, replies are due.

**SO ORDERED.**

**DATED THIS 10TH DAY OF DECEMBER, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**